IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Lonnie L. Hassler,<br><br>Plaintiff,<br><br>v.<br><br>Service Finance Company, LLC,<br><br>Defendant. | Civil Action No.: 3:23-286-JFA<br><br>**DEFENDANT'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

Defendant Service Finance Company, LLC ("SFC" or "Defendant"), by and through its undersigned counsel, makes these responses to Court-designated interrogatories:

A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interested.

**ANSWER: Defendant is not aware of any person or entity that may have a subrogation interest at this time.**

B. As to each claim, state whether it should be tried by jury or nonjury and why.

**ANSWER: Plaintiff has requested a jury trial.**

C. State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER: SFC is not a publicly-owned company, no parent corporation or publicly held corporation owns ten percent or more of SFC's stock, SFC is not a parent of**

**any publicly-owned company, and SFC does not own ten percent or more of the stocks of any publicly-owned company.**

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civil Rule 3.01 D.S.C.

**ANSWER: Plaintiff filed this case in this division.**

E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: Defendant is not aware of this case relating to any other matter filed in this District.**

F. If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflection the correct identification.

**ANSWER: Defendant is properly identified.**

G. If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER: Defendant does not so contend at this time.**

H. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER: At the time the Complaint was filed, at the time of removal, and all intervening times, SFC was (and is) a limited liability company incorporated under the laws of the State of Florida. Additionally, SFC's principal place of business is located in Boca Raton, Florida. For purposes of determining the existence of diversity jurisdiction, the citizenship of a limited liability company is the citizenship of its members. *See Cent. W. Va. Energy Co. v. Mountain State Carbon, L.L.C.*, 535 F.3d 101, 103 (4th Cir. 2011). The sole member of SFC is Service Finance Holdings, LLC. The sole member of Service Finance Holdings, LLC is Truist Bank, a North Carolina banking corporation. For purposes of diversity jurisdiction, a corporation is deemed to be a citizen of both the state in which it is incorporated and the state where it has its principal place of business. See 28 U.S.C. § 1332(c)(1). Truist Bank is a corporation organized and existing under the laws of the State of North Carolina and its principal place of business is in Charlotte, North Carolina. Thus, SFC's citizenship is North Carolina**

Dated: January 20, 2023

GORDON REES SCULLY MANSUKHANI LLP

By *s/Brittany T. Bihun*

Brittany T. Bihun (Fed. 12704)
E-mail: bbihun@grsm.com
40 Calhoun Street, Suite 350
Charleston, SC 29401
Telephone: (843) 278-5900
*Attorney for Defendant Service Finance Company, LLC*