IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Lonnie L. Hassler,

Plaintiff,

vs.

Service Finance Company, LLC,

Defendant.

Civil Action No. 3:23-cv-00286-JFA

**PLAINTIFF'S LOCAL CIV. R. 26.01 (D.S.C.) ANSWERS TO INTERROGATORIES**

The Plaintiff Lonnie L. Hassler submits these answers to Local Civ. R. 26.01 (D.S.C.) Interrogatories and states as follows:

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER: None known.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER: Plaintiff's claims are legal, not equitable, and should be tried jury.**

(C) State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER: Plaintiff is an individual.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).

**ANSWER: Plaintiff does not challenge the appropriateness of the Division.**

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a 25 determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: No.**

***

(H) Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER: Plaintiff is a citizen and resident of Sumter County, South Carolina.**

[Signature Page to Follow]

CONNOR LAW, PC

By: /s/ Andrew M. Connor
Andrew M. Connor
Federal Bar No. 11191
E-Mail: andrew@connor.law
1501 Belle Isle Avenue / Suite 110
Mount Pleasant, SC 29464
(843) 606-1578

*Attorney for Plaintiff Lonnie L. Hassler*

Mount Pleasant, South Carolina
January 25, 2023